*E-Filed 2/3/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FERNANDO Q. PEREZ,<br><br>    Petitioner,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>    Respondent. | No. C 12-0491 RS (PR)<br><br>**ORDER OF TRANSFER** |

This is a federal habeas corpus action filed pursuant to 28 U.S.C. § 2254 by a *pro se* prisoner. Petitioner challenges the constitutional validity of the convictions he suffered in the Orange County Superior Court. Orange County lies in the venue of the Central District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. *See* Habeas L.R. 2254-3(b). Because petitioner suffered his convictions in the Central District, this action is TRANSFERRED to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice. The Clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

DATED: February 2, 2012

                                                RICHARD SEEBORG
                                                United States District Judge