UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO QUEZADA PEREZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DEPARTMENT OF CORRECTIONS AND<br>REHABILITATION,<br><br>　　　　　Respondent. | CASE NO. SA CV 12-241-PA (PJW)<br><br>ORDER TO SHOW CAUSE WHY PETITION<br>SHOULD NOT BE DISMISSED |

　　On January 31, 2012, Petitioner filed a Petition for Writ of Habeas Corpus, challenging a 1996 state conviction, following a guilty plea, for murder, causing bodily injury while driving under the influence, and felony hit and run. (Petition at 2.) Though hard to decipher, it appears that Petitioner is claiming he should not have been sentenced to consecutive life terms. (Petition at 6.) For the following reasons, Petitioner is ordered to show cause by March 16, 2012, as to why his Petition should not be dismissed because it is untimely.[1]

---

　　[1] The Petition was filed in the United States District Court for the Northern District of California and subsequently transferred to this court.

State prisoners seeking to challenge their state convictions in federal habeas corpus proceedings are subject to a one-year statute of limitations. 28 U.S.C. § 2244(d). Here, Petitioner's conviction became final on November 25, 1996--60 days after Petitioner was sentenced and the time expired for him to file an appeal. See Mendoza v. Carey, 449 F.3d 1065, 1067 (9th Cir. 2006); *Lewis v. Mitchell*, 173 F. Supp. 2d 1057, 1060 (C.D. Cal. 2001). Therefore, the statute of limitations expired one year later, on November 25, 1997. *See Patterson v. Stewart*, 251 F.3d 1243, 1246 (9th Cir. 2001). Petitioner, however, did not file this Petition until January 2011, more than 13 years after the deadline.

IT IS THEREFORE ORDERED that, no later than **March 16, 2012,** Petitioner explain to the Court in writing why this case should not be dismissed with prejudice because it is barred by the statute of limitations. Failure to timely file a response will result in a recommendation that this case be dismissed.

DATED: February 15, 2012.

 PATRICK J. WALSH
 UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-State Habeas\PEREZ, F 241\OSC dismiss pet.wpd