UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO Q. PEREZ,<br><br>        Petitioner,<br><br>    v.<br><br>DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>        Respondent. | CASE NO. SA CV 12-241-PA (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 19, 2012

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Perez.J.wpd